J. W. WATSON ET AL., AS COUNTY COMMISSIONERS OF OSCEOLA COUNTY, PLAINTIFFS IN ERROR, VS. THE STATE OF FLORIDA EX REL., JOHN THOMPSON ET AL., DEFENDANTS IN ERROR.

Writ of Error to Circuit Court Osceola county.

*E. D. Beggs*, for Plaintiffs in Error.

*M. L. Mershon*, for Defendants in Error.

Petition for mandamus by the defendants in error against the plaintiffs in error. From an order granting a peremptory writ, the respondents take writ of error.

Writ of error dismissed on præcipe of counsel for plaintiffs in error.

E. W. AGNEW, PLAINTIFF IN ERROR, VS. W. S. MOORE, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Marion county.

No appearance for Plaintiff in Error.

*John G. Reardon*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error.

Writ of error dismissed on motion of counsel for defendant in error.